IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREW THOMAS UPTON,<br><br>Petitioner,<br><br>v.<br><br>MIKE KNOWLES, Warden,<br><br>Respondent. | No. C 06-7854 WHA (PR)<br><br>[PROPOSED]<br>ORDER GRANTING PETITIONER'S REQUEST FOR PERMISSION TO FILE OVERSIZED BRIEF; SUPPORTING DECLARATION PROPOSED ORDER<br><br>[Local Rule 7-4(b)] |

GOOD CAUSE APPEARING, it is hereby ordered that Petitioner is given leave to file a Points and Authorities in Support of Traverse that exceeds 25 pages, but not to exceed 31 pages.

**So ordered**.

Dated: August 30, 2007 .

　　　　　　　　　　　　　　　　　　　　　　 _____
　　　　　　　　　　　　　　　　　　　　　　　Hon. WILLIAM ALSUP
　　　　　　　　　　　　　　　　　　　　　　　U.S. District Judge